1  KENNETH A. FEINSWOG    CSBN 129562
2  6100 Center Dr. Ste. 630
3  Los Angeles, CA 90045-9202
   (310) 846-5800 / fax (310) 846-5801
4  Attorney for Plaintiff

5  JEFFREY S. MILES (JSM-9339)    CSBN46987
6  P.O. Box 1001, Ojai, CA 93024
7  (323) 356-1846 / fax (503) 218-8993
   jsm1001@aol.com
8  Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILMS BY JOVE, INC

         Plaintiff,

v.

DMITRY FAYERMAN

         Defendants.

)
)
)  CIVIL ACTION NO. CV06-2685 VBF
)  (SSx)
)
)
)
)  FINAL JUDGMENT PURSUANT TO
)  STIPULATION *as to defendants*
)  *Karpilosky and Mazur*
)
)  Hon. Valerie Baker Fairbank
)
)  Courtroom: 9
)
)
)
)

Pursuant to the Status Conference of February 14, 2008, the Court having reviewed Plaintiff's moving papers and the Stipulation for Final Judgment and Permanent Injunction ("Stipulation") between Plaintiff Films By Jove, Inc. and Defendants a) Victor Karpilovsky ("Karpilovsky"), stipulated to be an individual

Final Judgment and Permanent Injunction Pursuant to Stipulation of Plaintiff and Defendants Mazur and Karpilovsky.

1

doing business as Music For You ("MFY"), and a previous owner of Music For You Inc. ("MFYI"), a California corporation; b) Eugene Mazur ("Mazur"), an individual stipulated as operating an internet store on the eBay, Inc. website known as "smart.dvd," and formerly an owner and officer of MFYI (collectively referred to herein sometimes as the "Defendants"), and the relief as stipulated and requested therein, does hereby **ORDER, ADJUDGE AND DECREE** that:

1. Defendants Karpilovsky and Mazur are hereby permanently enjoined from selling, distributing, manufacturing, duplicating, displaying or broadcasting by any means or medium any unauthorized copies of The Movies which are the subject of the action pending before this Court, specifically the "Works" as referenced in the Stipulation and identified in Exhibit 1, consisting of parts (a) and (b), attached thereto.

2. Plaintiff and Defendant shall each bear his/its respective costs of suit and attorney's fees.

3. All further proceedings concerning the aforementioned Defendants are hereby terminated except that the Court retains jurisdiction with respect to the permanent injunction issued hereby.

Date: March  24 , 2008, Los Angeles, CA

_____
VALERIE BAKER FAIRBANK
United States District Judge

PRESENTED BY:

_____
Jeffrey S. Miles, Attorney for Plaintiff