KENNETH A. FEINSWOG     CSBN 129562
6100 Center Dr. Ste. 630
Los Angeles, CA 90045-9202
(310) 846-5800 / fax (310) 846-5801
Attorney for Plaintiff

JEFFREY S. MILES (JSM-9339)     CSBN46987
P.O. Box 1001, Ojai, CA 93024
(323) 356-1846 / fax (503) 218-8993
jsm1001@aol.com
Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILMS BY JOVE, INC<br><br>Plaintiff,<br><br>v.<br><br>DMITRY FAYERMAN et al.<br><br>Defendants. | CIVIL ACTION NO. CV06-2685 VBF (SSx)<br><br>FINAL JUDGMENT PURSUANT TO STIPULATION *Against Olena Nemchenko, Irina Kolomentseva, Dmitry Fayerman, Irina Fayerman, Zachar Kofsman, Alexsandra Kofman, Russian Book, Inc Vladimir Nepom, William Kasanovic*<br><br>Hon. Valerie Baker Fairbank<br><br>Courtroom: 9 |

Pursuant to the Court's January 16, 2008 Minute Order as further considered at the Status Conference of February 14, 2008, and the Court having

Final Judgment and Permanent Injunction Pursuant to Plaintiff's Motion and the Stipulation of Plaintiff and Defendants
1

reviewed Plaintiff's moving papers and the Stipulations and Notices of Settlement ("Stipulations") between Plaintiff Films By Jove, Inc. and Defendants: (a) Olena Nemchenko, an individual, and Irina Kolomentseva, an individual, (collectively referred to herein as the "Interbook Parties") together and individually doing business as an unincorporated fictitiously named business entity known variously as Interbook Store and/or International Books: (b) Dmitry Fayerman and Irina Fayerman and their unincorporated fictitiously named business entity known both as "Europe Russia" and "Europe Plus Russia;" (c) Zachar Kofsman and Alexsandra Kofsman, and Russian Book, Inc.; and Vladimir Nepom individually and dba Russian Books and Video; and (d) William Kaganovich, an individual actively involved in the operation of the "smart.dvd" internet store, and formerly a partner of Victor Karpilovsky, and also formerly the agent for service of process of Music For You, Inc., (collectively herein referred to as "Defendants"), and the relief as stipulated to between the parties, does hereby **ORDER, ADJUDGE AND DECREE** that:

1. Each of the aforementioned Defendants is hereby permanently enjoined from selling, distributing, manufacturing, duplicating, displaying or broadcasting by any means or medium any unauthorized copies of The Movies which are the subject of the action pending before this Court, specifically the "Copyrights-in-Suit" as referenced in each of the Settlements and as listed in Exhibit 1 consisting of parts (a) and (b) attached hereto.

2. All remaining claims of Plaintiff against Defendants shall be dismissed with prejudice, each of the parties to bear his respective costs of suit and attorney's fees.

3. All further proceedings concerning the aforementioned Defendants are hereby terminated except that the Court retains jurisdiction with respect to the permanent injunction hereby entered.

**SO ORDERED.**

Date: March 24, 2008, Los Angeles, CA

_____
VALERIE BAKER FAIRBANK
United States District Judge

_____
PRESENTED BY:    Jeffrey S. Miles
Attorney for Plaintiff