JEFFREY S. MILES     CSBN 46987
P.O. Box 1001, Ojai, CA 93024
(323) 356-1846 / fax (503) 218-8993
jsm1001@aol.com
Attorney for Plaintiff

CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FILMS BY JOVE, INC**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**DMITRY FAYERMAN, ET AL.**<br><br>                    **Defendants.** | **CV-06-2685 VBF(SSx)**<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST VADYM KUSHNIR PURSUANT TO SETTLEMENT AGREEMENT**<br><br>**Hearing Date: May 5, 2008**<br>**Time: 1:30 p.m.**<br>**Hon. Valerie Baker Fairbank**<br><br>**Courtroom: 9** |

The Court, having reviewed Plaintiff's Motion For Final Judgment and Permanent Injunction against Vadym Kushnir Pursuant to Settlement Agreement, together with Plaintiff's Points and Authorities and Declarations in support thereof, and the Settlement Agreement itself, and finding there to be no disputed facts regarding the Settlement Agreement, does hereby **Order, Adjudge and Decree** as follows:

a) that Defendant Kushnir be permanently enjoined from selling, distributing, manufacturing, duplicating, displaying or broadcasting by any means or medium any unauthorized copies of The Movies which are the subject of the action pending before this Court, specifically the "Copyrights-in-Suit" as referenced in settlement and as set forth in Exhibit 1 parts (a) and (b) attached to Plaintiff's Memorandum Of Points And Authorities in support of the Motion.

b) that all remaining claims of Plaintiff against Defendant Kushnir be dismissed with prejudice, each of the parties to bear his/their respective costs of suit and attorney's fees;

c) that all further proceedings concerning this Defendant Kushnir be terminated except that the Court retain jurisdiction with respect to the permanent injunction hereby entered;

Dated: May 5, 2008

SO ORDERED:

By: /s/ Valerie Baker Fairbank
VALERIE BAKER FAIRBANK
United States District Judge

Presented by:

_____
Jeffrey S. Miles
Attorney for Plaintiff
Films By Jove, Inc.

(Proposed) Final Judgment and Permanent Injunction Against Vadym Kushnir Pursuant to Settlement
2